**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: ARNOLD, JASON DEAN § Case No. 08-74030
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of The U S Bankruptcy Court
  327 S Church Street, Room 1100
  Rockford IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/11/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/11/2013          By:   /s/BERNARD J. NATALE
                                                               Bernard J Natale, Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: ARNOLD, JASON DEAN § Case No. 08-74030
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,120.06 |
| *and approved disbursements of* | $ 10.00 |
| *leaving a balance on hand of* [1] | $ 6,110.06 |
| **Balance on hand:** | $ 6,110.06 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,110.06 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,362.01 | 0.00 | 1,362.01 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 500.00 | 0.00 | 500.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 30.96 | 0.00 | 30.96 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,892.97 |
| Remaining balance: | $ 4,217.09 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $        0.00
Remaining balance:  $    4,217.09

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $        0.00
Remaining balance:  $    4,217.09

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,742.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citizens Finance | 2,414.53 | 0.00 | 342.35 |
| 2 | Madhav Srivastava | 631.25 | 0.00 | 89.50 |
| 3 | eCAST Settlement Corporation assignee of | 531.41 | 0.00 | 75.35 |
| 4 | Matco Tools | 4,865.47 | 0.00 | 689.85 |
| 5 | Rockford Health System | 5,745.52 | 0.00 | 814.63 |
| 6 | U.S. Bank N.A. | 392.85 | 0.00 | 55.70 |
| 7 | Cavalry Portfolio Services, LLC | 615.55 | 0.00 | 87.28 |
| 8 | Account Recovery | 697.67 | 0.00 | 98.92 |
| 9 | Rockford Mercantile Agency Inc | 7,175.45 | 0.00 | 1,017.38 |
| 10 | Verizon Wireless | 550.20 | 0.00 | 78.01 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Swedish American Hospital | 6,122.74 | 0.00 | 868.12 |

Total to be paid for timely general unsecured claims: $ 4,217.09
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                                 United States Bankruptcy Court
                                  Northern District of Illinois
In re:                                                                                  Case No. 08-74030-TML
Jason Dean Arnold                                                                       Chapter 7
          Debtor                        CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave                Page 1 of 3                  Date Rcvd: Feb 19, 2013
                              Form ID: pdf006                Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
db           +Jason Dean Arnold,    3322 Nashold Drive,   Rockford, IL 61109-2316
aty          +Scott E Hillison,    6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
12962223   ++++AMCORE BANK,    1275 BENINGTON RD,   ROCKFORD IL 61103-1686
              (address filed with court: Amcore Bank,     4000 N. Main Street,    Rockford, IL 61103)
12962221     +Account Recovery,    c/o Ray Fergusson & Assoc.,    216 N. Court Street,    Rockford, IL 61103-6803
12962224     +Associated Bank,    Collections Department,   1305 Main Street,    Stevens Point, WI 54481-2830
12962225     +Associated Bank,    c/o Monoco Law Offices,   P.O. Box 1641,    Brookfield, WI 53008-1641
12962226     +Beth Arnold,    115 Prairie Moon,   Davis Junction, IL 61020-9402
12962227     +Car Biz,    2516 N. Main Street,   Rockford, IL 61103-4048
12962229     +Citizens Finance,    c/o Stephen G. Balsley,    6833 Stalter Drive,    Rockford, IL 61108-2579
12962230      City of Rockford,    P.O. Box 1170,   Milwaukee, WI 53201-1170
12962232      Dish Network/GC Services,    Dept. 0063,   Palatine, IL 60055-0063
12962233     +Harlem Road Automotive,    1501 Harlem Road,   Loves Park, IL 61111-2627
12962234     +Heather Williams,    4866 Wilddeer Trail,   Roscoe, IL 61073-7425
12962235     +Mac Tools,   c/o Ed Nolan,    P.O. Box 5352,   Rockford, IL 61125-0352
12962236     +Madhav Srivastava,    c/o Attorbney Hoss,   P.O. Box 449,    Cherry Valley, IL 61016-0449
12962237     +Matco Credit,    4403 Allen Road,   Stow, OH 44224-1033
12962239     +Northern Illinois Imaging,    c/o Mutual Management,    401 E. State St 2nd Flr POB 4777,
               Rockford, IL 61110-4777
12962240      Northern Illinois Imaging,    P.O. Box 1733,   Rockford, IL 61110-0233
12962241      Orchard Bank,    P.O. Box 80084,   Salinas, CA 93912-0084
12962242      Orchard Bank,    c/o ER Solutions, Inc.,   P.O. Box 9004,    Renton, WA 98057-9004
12962245     +Rockford Cardiology,    P.O. Box 8410,   Rockford, IL 61126-8410
12962246     +Rockford Health Physicians,    Dept. CH 10862,   Palatine, IL 60055-0001
12962248     +Rockford Health System,    2400 N. Rockton Ave.,    Rockford, IL 61103-3655
12962247      Rockford Health System,    c/o Credit Services,    300 1/2 South 2nd Street POB 4,
               Clinton, IA 52733-0004
14094845     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
12962250      Rockford Radiology,    P.O. Box 5368,   Rockford, IL 61125-0368
12962249     +Rockford health System,    c/o Allied Business Accounts,    300 1/2 S. Second St. POB 4,
               Clinton, IA 52733-0004
12962251     +Saint Anthony Medical Center,    P.O. Box 5065,   Rockford, IL 61125-0065
12962252     +Saint Anthony Medical Center,    c/o Rockford Merchantile,    2502 S. Alpine Road,
               Rockford, IL 61108-7813
12962254      Salute,   P.O. Box 105374,    Atlanta, GA 30348-5374
12962257     +Sterling Tool Castle Inc.,    822 Otto Road,   Machesney Park, IL 61115-1135
12962258     +Sterling Tool Castle Inc.,    c/o Transworld System, Inc.,    100 East Kimberly Road #302,
               Davenport, IA 52806-5943
12962260      Swedish American Hospital,    c/o Dennis A. Brebner & Assoc.,    860 North Point Blvd.,
               Waukegan, IL 60085-8211
12962259      Swedish American Hospital,    P.O. Box 4448,   Rockford, IL 61110-0948
12962261     +Swedish American MSO, Inc.,    c/o Mutual Management Services,
               401 E. State St. 2nd Flr. POB 4777,    Rockford, IL 61110-4777
13899871    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,     Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201)
12962262      US Bank,   Recovery Dept.,    P.O. Box 5227, ML CN-OH-WI5,    Cincinnati, OH 45202-5227
12962263      Verizon,   c/o CBCS,    P.O. Box 163250,   Columbus, OH 43216-3250
14096460     +Verizon Wireless,    POB 3397,   Bloomington IL 61702-3397
13805150      eCAST Settlement Corporation assignee of HSBC Bank,     Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12962222     +Fax: 864-336-7400 Feb 20 2013 07:30:45      Advance America,    5924 N. 2nd Street,
               Loves Park, IL 61111-4647
14018825      E-mail/Text: bankruptcy@cavps.com Feb 20 2013 05:12:30       Cavalry Portfolio Services, LLC,
               7 Skyline Drive, Third Floor,    Hawthorne, NY  10532
12962228     +E-mail/Text: cphillips@citizensfinance.com Feb 20 2013 04:21:03       Citizens Finance,
               6345 N. 2nd Street,    Loves Park, IL 61111-4168
12962231     +E-mail/Text: legalcollections@comed.com Feb 20 2013 04:37:17       Commonwealth Edison,
               Credit Department,    2100 Swift Drive,   Oak Brook, IL 60523-1559
13810828     +E-mail/Text: SHELLIE.WHITNEY@MATCOTOOLS.COM Feb 20 2013 04:37:30       Matco Tools,
               4403 Allen Road,    Stow Ohio 44224-1096
12962238     +E-mail/Text: bankrup@aglresources.com Feb 20 2013 04:20:32       NiCor,   Credit Investigations,
               P.O. Box 549,    Aurora, IL 60507-0549
12962256     +E-mail/Text: bankruptcy@cavps.com Feb 20 2013 05:12:31       Sprint,   c/o Cavalry,
               P.O. Box 27288,    Tempe, AZ 85285-7288
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-3           User: kkrystave              Page 2 of 3                   Date Rcvd: Feb 19, 2013
                               Form ID: pdf006              Total Noticed: 47

12962244*      Radiology Consultants of Rockford,    P.O. Box 4542,    Rockford, IL 61110-4542
12962253*      Saint Anthony Medical Center,    P.O. Box 5065,    Rockford, IL 61125-0065
12962243     ##Radiology Consultants of Rockford,    P.O. Box 4542,    Rockford, IL 61110-4542
12962255     ##+Snap On,   c/o Randy Eling,    N3348 Narcissus,    Lake Geneva, WI 53147-2945
                                                                                             TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave              Page 3 of 3                   Date Rcvd: Feb 19, 2013
                              Form ID: pdf006              Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2013 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Gary C Flanders    on behalf of Debtor Jason Dean Arnold garyflanders@sbcglobal.net
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```